*E-FILED:  April 19, 2012*

1 | Martin D. Goodman, (State Bar # 43970)
sfomarty@aol.com
2 | **LAW OFFICES OF MARTIN D. GOODMAN**
456 Montgomery Street, Suite 1300
San Francisco, California 94104
Telephone: 415-397-7956

Douglas N. Akay, (State Bar # 131011)
dnakay@akaylaw.com
Harjit K. Sull, (State Bar # 238458)
hksull@akaylaw.com
**AKAY SULL LLP**
333 Bush Street, Suite 2250
San Francisco, California 94104
Telephone: 415-764-1999

Attorneys for Plaintiff OOYALA, INC.

Andres F. Quintana, Esq. (SBN 190525)
John M. Houkom, Esq. (SBN 203240)
**QUINTANA LAW GROUP**
A Professional Law Corporation
26135 Mureau Road, Suite 101
Calabasas, California 91302
Telephone:  (818) 914-2100
Facsimile:  (818) 914-2101
Email:    andres@qlglaw.com

Attorneys for Defendant BRAND TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| OOYALA, INC. a California corporation, | ) Case No. CV12-00786 HRL |
|---|---|
| Plaintiff, | ) **JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE UNTIL AFTER MEDIATION; [PROPOSED] ORDER** |
| vs. | ) |
| BRAND TECHNOLOGIES, INC., dba GOSSIPCENTER.COM, an Ohio corporation, | ) [Re: Docket No. 12] |
| Defendants. | ) Date: May 1, 2012<br>Time: 1:30 p.m.<br>Judge: Hon. Howard R. Lloyd<br><br>Action Filed: January 20, 2012<br>Trial Date: Not Set |

Quintana Law Group, APC

Pursuant to Northern District Local Rule 16-2(d) and (e) and Rule 7-12, Plaintiff Ooyala, Inc. ("Plaintiff"), and Defendant Brand Technologies, Inc. ("Defendant"), through their respective counsel, respectfully submit this joint stipulation and request for continuance of the May 1, 2012 Case Management Conference, based on the following:.

**RECITALS**

1. The parties have met and conferred pursuant to ADR L.R. 3-5(a) and have agreed to mediate their dispute before a mutually agreeable Court Neutral from the Court's panel or a Court Neutral appointed by the Court. Further, the parties have agreed to conduct the mediation on one of the following dates: June 24, 25, 26, 27, or July 10, 11, 2012.

2. On April 11, 2012, Defendant filed its ADR Certification as required under ADR L.R. 3-5(b).

3. On April 12, 2011, Plaintiff filed its ADR Certification as required under ADR L.R. 3-5(b).

4. On April 16, 2012, the parties filed a Stipulation and (Proposed) Order Selecting ADR Process, whereby they agreed to mediate their dispute before a mediator.

5. Also on April 16, 2012, the parties filed their Consent To Proceed Before United States Magistrate Judge Howard R. Lloyd.

6. The Initial Case Management Conference in this matter is presently set to take place on May 1, 2012 at 1:30 p.m. before Magistrate Judge Lloyd.

7. The parties have agreed that formal discovery is not necessary in advance of the upcoming mediation. Further, pending the Court's approval, in the interest of saving time, expense and the Court's resources, the parties believe that a brief continuance of the Initial Case Management Conference and associated deadlines, including Rule 26(a) and (f) disclosures and conferences, would be beneficial to the parties' efforts to mediate this matter by July 14, 2012 in San Jose, California. This is particularly important for Defendant since: (i) it is an Ohio corporation with its principle place of business in Toledo, Ohio, and its authorized corporate officer will be traveling to the mediation from Ohio; and (2) Defendant's lead counsel is based in Los Angeles County and will be traveling from Los Angeles County to the mediation.

Quintana Law Group, APC

| | |
|---|---|
| 1 | Plaintiff and Defendant therefore respectfully request that the Court grant a continuance of |
| 2 | the May 1, 2012 Case Management Conference to July 24, 2012 or any date thereafter that is |
| 3 | convenient for the Court's calendar, by signing the Proposed Order filed herewith. |

**STIPULATION**

Based on the foregoing Recitals, and subject to this Court's approval, Plaintiff and Defendant agree and stipulate as follows:

1. The Initial Case Management Conference presently scheduled for May 1, 2012 at 1:30 p.m. shall be continued to July 24, 2012 at 1:30 p.m. or any convenient date thereafter;

2. The parties shall submit a joint case management statement seven (7) days in advance of the date of the further case management conference;

3. The parties shall have completed mediation of this matter by July 14, 2012; and

4. All deadlines related to the Initial Case Management Conference date, including Rule 26(a) and (f) disclosures and conferences, shall be reset to coordinate with the new initial case management conference date set by the Court.

IT SO STIPULATED.

DATED: April 17, 2012            **LAW OFFICES OF MARTIN D. GOODMAN**


By:   /s/ Martin D. Goodman
      _____
      Martin D. Goodman, Esq.

**AKAY SULL LLP**

      Douglas N. Akay, Esq.
      Harjit K. Sull, Esq.

      Attorneys for Plaintiff Ooyala, Inc.

DATED: April 17, 2012            **QUINTANA LAW GROUP, APC**


By:   /s/ Andres F. Quintana
      _____
      Andres F. Quintana, Esq.
      Attorneys for Defendant Brand Technologies, Inc.

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/ Andres F. Quintana
Andres F. Quintana

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

1. The Initial Case Management Conference presently scheduled for May 1, 2012 at 1:30 p.m. shall be continued to July 24, 2012 at 1:30 p.m. [or _____, 2012 at 1:30 p.m.];

2. The parties shall submit a joint case management statement 7 days in advance of the date of the further case management conference; and

3. All deadlines related to the initial case management conference date, including Rule 26(a) and (f) disclosures and conferences, shall be reset to coordinate with the new initial case management conference date set by the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April __19__, 2012

By: _____
Hon. Howard R. Lloyd
United States Magistrate Judge