Martin D. Goodman, State Bar #43970
Shanshan Zou, State Bar #263214
**LAW OFFICES OF MARTIN D. GOODMAN**
456 Montgomery Street, Suite 1300
San Francisco, California 94104
Telephone: (415) 397-7956
Facsimile: (415) 397-6376

**AKAY LAW**
**DOUGLAS N. AKAY, State Bar #131011**
333 Bush Street, Suite 2250
San Francisco, California 94104
(415) 764-1999 (telephone)
(415) 764-1994 (facsimile)
dnakay@akaylaw.com

Attorneys for Ooyala, Inc.

FILED
JUL 10 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OOYALA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRAND TECHNOLOGIES, INC., dba GOSSIPCENTER.COM, an Ohio corporation, <br><br> Defendants. | Case No. CV 12-00786 HRL <br><br> **NOTICE OF CONDITIONAL SETTLEMENT; STIPULATION TO CONTINUED COURT'S JURISDICTION TO ENFORCE TERMS OF SETTLEMENT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE UNTIL AFTER COMPLETION OF SETTLEMENT TERMS, AND [PROPOSED] ORDER** <br><br> (Re: Docket No. 18) |

PLEASE TAKE NOTICE that the Parties have conditionally settled the above-captioned matter upon certain terms and conditions.

WHEREAS, and by its terms the Confidential Settlement Agreement And Release ("Settlement Agreement") dated June 25, 2012, will be completed by October 2, 2012, if at all;

1

1  WHEREAS, if the Settlement Agreement is completed by its terms, the parties hereto will then file a Stipulation and Proposed Order to Dismiss the Complaint With Prejudice by no later than October 16, 2012. Otherwise, a Stipulation For Entry of Judgment will be filed pursuant to the terms of the Settlement Agreement;

WHEREBY, the Parties request that the Court retain jurisdiction of this matter until the Settlement Agreement's terms are completed;

WHEREBY, the Parties request that the Initial Case Management Conference presently set for July 24, 2012 at 1:30 p.m. in Courtroom 2 be continued to October 30, 2012, or as soon thereafter as the Court may set;

IT IS HEREBY STIPULATED by and between the Parties hereto through their respective attorneys of record that the Court retain jurisdiction to enforce the terms of the Settlement Agreement, and;

IT IS HEREBY STIPULATED by and between the Parties hereto through their respective attorneys of record that the Initial Case Management Conference presently set for July 24, 2012 at 1:30 p.m. in Courtroom 2, be continued to October 30, 2012, or as soon thereafter as the Court may set.

Dated: June 26, 2012

LAW OFFICES OF MARTIN D. GOODMAN

By: _____
MARTIN D. GOODMAN
Attorneys for Plaintiff,
OOYALA, INC.

Dated: June 26, 2012

QUINTANA LAW GROUP, APC

By: _____
ANDRES F. QUINTANA
Attorneys for Defendants,
BRAND TECHNOLOGIES, INC.

**IT IS HEREBY ORDERED:**

That the Court retain jurisdiction to enforce the terms of the Settlement Agreement, and;

That the Initial Case Management Conference currently set for July 24, 2012 at 1:30 p.m. in Courtroom 2, be continued to October 30, 2012, at 1:30 PM. ~~or as soon thereafter as the Court may set.~~

Dated: July 10, 2012                    By: _____
                                        Hon. Howard R. Lloyd
                                        United States Magistrate Judge

3

NOTICE OF CONDITIONAL SETTLEMENT, STIPULATION, AND ~~[PROPOSED]~~ ORDER